



PENGAD-Bayonne, N. J.

PLAINTIFF'S EXHIBIT 21-6



