IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
FEB 27 2014
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV **12-92**-BLG-RWA<br><br>**VERDICT** |

WE, THE JURY in the above-entitled action, unanimously answer the questions on the verdict form submitted to us as follows:

Answer Question No. 1 and then read and follow the instructions set forth after Question No. 1.

**QUESTION NO. 1:**

Did Plaintiff Louise King suffer serious or severe emotional distress as a consequence of negligence on the part of an underinsured motorist?

**ANSWER:**

Yes __✓__   No_____

If you answered "Yes", please continue to Question No. 2. If you answered

1

"No", please skip to Question No. 3.

**QUESTION NO. 2**:

What amount of money will compensate Plaintiff Louise King for the serious or severe emotional distress she suffered as a result of the death of her husband, Timothy King? (Your verdict may not exceed the applicable $100,000 coverage limit under the insurance policy.)

**ANSWER**:

$ 100,000

Please continue to Question No. 3.

**QUESTION NO. 3**:

Did GEICO Insurance Company engage in unfair claim settlement practices?

**ANSWER**:

Yes ✓     No _____

If you answered "Yes", please continue to Question No. 4. If you answered "No", please sign the verdict form and return it to the Bailiff.

**QUESTION NO. 4**:

Did GEICO Insurance Company have a reasonable basis in law or in fact for its actions?

ANSWER:

Yes_____   No___✓___

If you answered "Yes", please sign the verdict form and return it to the Bailiff. If you answered "No", please continue to Question No. 5.

**QUESTION NO. 5**:

What amount of money will compensate Plaintiff Louise King for harm caused by GEICO's unfair claim settlement practices?

ANSWER:

$ __100,000__

Please continue to Question No. 6.

**QUESTION NO. 6**:

Should punitive damages be assessed against GEICO Insurance Company?

ANSWER:

Yes__✓__   No_____

Please sign the verdict form and return it to the Bailiff.

DATED this 27th day of February, 2014.

_____Joseph E. Dutt_____
Jury Foreperson

3