IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**
FEB 27 2014
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| **LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King,**<br><br>Plaintiff,<br><br>v.<br><br>**GEICO INSURANCE COMPANY,**<br><br>Defendant. | Cause No. CV **12-92-BLG-RWA**<br><br>**PUNITIVE DAMAGES VERDICT** |

WE, THE JURY, being duly impaneled and sworn upon oath, and all of us agreeing upon a verdict, assess punitive damages in the amount of:

$ _2.5 million_

DATED this 27th day of February, 2014.

_Joseph E. Ott_
Jury Foreperson

1