UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GEICO INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. CV-12-092-BLG-RWA<br><br>JUDGMENT IN A CIVIL CASE |

**X**　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　In accordance with the Jury Verdicts entered on 2/27/2014, JUDGMENT is hereby entered in favor of Plaintiff Louise King and against defendant Geico Insurance Company in the amount of $2,700,000.00 together with interest and costs plus prejudgment interest and attorney fees to be determined later.

　　Dated this 3rd day of March, 2014.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Nancy J. O'Brien
　　　　　　　　　　　　　　　Deputy Clerk