# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV **12-92-BLG-RWA**<br><br>ORDER |

Plaintiff shall have until March 14, 2014, to file a supplemental memorandum further documenting her pretrial claim for fees, along with her argument as to the duration and amount of prejudgment interest. Defendant shall have ten (10) days thereafter to reply. Unless directed by the Court, there will be no further briefing on either issue.

Done and Date at Billings, Montana this 3rd day of March, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Richard W. Anderson
　　　　　　　　　　　　　　　　　　　RICHARD W. ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE