IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEICO INSURANCE COMPANY,<br><br>　　　　　Defendant. | Cause No. CV 12-92-BLG-RWA<br><br>ORDER |

　　　　The Court has reviewed the Judgment entered in this case by the Clerk of Court on March 3rd, 2014, as to form. Pursuant to F.R.Civ.P. 58(b)(2), the Court hereby approves the form of the Judgment.

　　　　IT IS SO ORDERED.

　　　　Done and dated this 7th day of March, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD W. ANDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1