# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **LOUISE KING, individually, and as Personal Representative of the Estate of Timothy King**, <br><br> Plaintiff, <br><br> v. <br><br> **GEICO INSURANCE COMPANY,** <br><br> Defendant. | Cause No. CV **12-92-BLG-RWA** <br><br> ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims asserted or attempted to be asserted by each party against the other in the above-entitled action are hereby dismissed with prejudice, each party to pay its own costs.

Done and dated this 4th day of December, 2017.

    /s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE

1